371 A.2d 237
Commonwealth v. Rhodes, Appellant.

Submitted March 22, 1976. Joseph F. Sklarosky, Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 237
Commonwealth v. Richards, Appellant.

Submitted September 8, 1975. Eugene H. Clarke, Jr., for appellant; Daniel P. McElhatton, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.